ELISHA WHITNEY et al., Receivers, etc., Appellants, *v.* CHARLES ENSIGN et al., Respondents.

(Agued November 13, 1878 ; decided December 10, 1878.)

*George J. Sicard* for appellants.

*Sherman S. Rogers* for respondents.

AGREE to reverse order of General Term and affirm judg.
ment of Special Term, on opinion of SMITH, J., at Special
Term.

All concur, except MILLER, J., not voting.

Order reversed and judgment affirmed.